O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8267 AHM (RCx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | BETTY F RUIZ v. UNITED PROCESSING, INC. et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On June 23, 2008, the Court dismissed Plaintiff Betty Ruiz's complaint for lack of prosecution. On July 8, 2008, Plaintiff moved for reconsideration of the Court's order dismissing the action.

The Court has the inherent power to achieve the orderly and expeditious disposition of cases by dismissal of actions for failure to diligently prosecute. *Link v. Wabash R. R. Co.*, 370 U.S. 626, 629-30 (1962); *Hernandez v. City of El Monte*, 138 F.3d 393, 400 (9th Cir. 1998). This Court, in determining to dismiss the case due to the petitioner's failure to diligently prosecute, weighed the following relevant factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992), *cert. denied*, 506 U.S. 915 (1992).

On the whole, these factors now favor granting Plaintiff's motion to reconsider the dismissal. There is no prejudice to Defendants United Processing, Inc. and Lisa Waters, who were served with the complaint but did not answer it. Moreover, public policy favors the disposition of this action on its merits rather than by dismissal due to the error of Plaintiff's counsel.

Thus, the Court GRANTS Plaintiff's motion[1] and VACATES its June 23, 2008

---

[1] Dkt. No. 11.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8267 AHM (RCx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | BETTY F RUIZ v. UNITED PROCESSING, INC. et al | | |

Order only as to Defendants United Processing, Inc. and Lisa Waters.  If Plaintiff wishes to move for a default judgment against United Processing, Inc. and Lisa Waters, she must do so by not later than September 2, 2008.  No hearing is necessary.  Fed. R. Civ. P. 78(b); L. R. 7-15.

                                                                                                         :

Initials of Preparer            SMO

**Make JS-5**